IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CIVIL ACTION NO: 2:10-CV-45-FL

| | |
|---|---|
| DIANNA L. CARTER, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING ATTORNEY'S |
| | ) FEES PURSUANT TO THE |
| MICHAEL J. ASTRUE, | ) EQUAL ACCESS TO JUSTICE |
| Commissioner of | ) ACT, 28 U.S.C. § 2412 |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

This is a social security case in which judgment was entered on May 2, 2011, and Order entered that the decision of the Commissioner was reversed and the case remanded to the Commissioner under sentence four, 42 U.S.C. § 405(g) for further proceedings. The parties have stipulated to an award of attorneys' fees to plaintiff under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 4212 in the total amount of $3,800.00. It is, therefore,

ORDERED that defendant pay plaintiff $3,800.00 in attorney's fees under the Equal Access to Justice Act.

                               /s/ Louise W. Flanagan
                               LOUISE W. FLANAGAN
                               CHIEF UNITED STATES DISTRICT JUDGE

This 1st day of July, 2011