IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
FILE NO.: 2:10-CV-00045-FL

| | |
|---|---|
| DIANNA L. CARTER, <br>       Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of Social <br> Security, <br>       Defendant. | ) <br> ) <br> ) <br> ) <br> )    O R D E R <br> ) <br> ) <br> ) <br> ) <br> ) |

On motion of claimant's counsel, and for good cause shown, IT IS ORDERED, pursuant to 42 U.S.C. § 406(b)(1), that claimant's counsel be awarded attorney fees in the amount of $7,659.50 and that claimant's counsel will then reimburse claimant $3,800.00, which was previously awarded to claimant's counsel.

This 10th day of _____July___, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge